THE HONORABLE TANA LIN

**UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

| | |
|---|---|
| MARGUERITE CHASE, individually and on behalf of all similarly situated individuals pursuant to 29 U.S.C. § 216(b), and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUSTWELL LIVING, LLC; and DOES 1-20, INCLUSIVE,<br><br>Defendant. | Case No.: 3:26-cv-05970-TL<br><br>**STIPULATION TO WITHDRAW MOTION FOR CONDITIONAL CERTIFICATION, TOLL STATUTE OF LIMITATIONS OF FLSA CLAIMS OF PLAINTIFF'S PUTATIVE COLLECTIVE, AND POSTPONE CERTAIN DEADLINES**<br><br>**NOTING DATE: 10/29/2026** |



**CROSNER LEGAL, PC**

92 Lenora Street, Suite #179
Seattle, WA 98121
Telephone: (866) 276-7637
Facsimile: (310) 510-6429

1. On October 15, 2026, Plaintiff Marguerite Chase ("Plaintiff") filed her Motion for Conditional Certification of a Collective Action and Court-Authorized Notice Pursuant to 29 U.S.C. § 216(b) (the "Conditional Certification Motion"). *See* ECF No. 12. Through this Motion, Plaintiff seeks to conditionally certify an FLSA Collective defined as: "All current and former non-exempt employees who worked for Defendant[] at any location in the State of Washington at any time during the statutory period who were subject to any of the following timekeeping or pay practices: (a) performing work during meal periods that were interrupted, shortened to less than thirty (30) minutes, or missed entirely; (b) performing work off-the-clock outside of their scheduled shift times, on their scheduled days off, and/or during unpaid meal periods; and/or (c) being paid at a rate less than one-and-one-half times their regular rate of pay, for all hours worked in excess of forty (40) in a workweek" (the "FLSA Collective"). The Conditional Motion is noted for consideration on November 5, 2026.
2. The Parties are currently working to schedule a mediation and intend to temporarily pause formal litigation as they prepare for mediation.
3. The Parties agree that Plaintiff will withdraw the Conditional Certification Motion to allow the Parties to focus their efforts on preparing for and attending mediation.
4. The Parties agree that judicial economy and the efficient resolution of this action would be served by attempting to reach an early resolution in this matter through mediation before the Court considers whether conditional certification and Court-authorized notice are appropriate.
5. Given that the statute of limitations applicable to the FLSA claims of individuals who fall within the putative collective definition identified in Plaintiff's Conditional Certification Motion continues to run until the Court issues a ruling on Plaintiff's Motion, the Parties



**CROSNER LEGAL, PC**

92 Lenora Street, Suite #179
Seattle, WA 98121
Telephone: (866) 276-7637
Facsimile: (310) 510-6429

agree that the statute of limitations applicable to these FLSA claims shall be tolled while the Parties focus their efforts on mediation.

6. The tolling period shall begin on October 29, 2026. The tolling period shall end the earlier of the date Court grants final approval of any class action settlement reached in this matter or the date the Court issues a ruling on Plaintiff's Conditional Certification Motion. The limitations period for any such individual shall therefore be extended by the number of days encompassed by that tolling period.
7. For the reasons stated above, the parties additionally stipulate to postpone the deadlines for the FRCP 26 attorney conference, initial disclosures, joint status report, and answer pleading until after mediation, if unsuccessful.
8. Nothing in this Stipulation affects any deadline or proceeding other than those associated with the above, except as expressly stated herein.

Dated: October 29, 2026

**CROSNER LEGAL, PC**

/s/ *Nikki Trenner*
Jamie K. Serb (WSBA No. 62065)
Nikki Trenner (WSBA No. 63409)
Zachary Crosner (WSBA No. 61644)
92 Lenora Street, #179
Seattle, WA 98121
Telephone: (866) 276-7637
Facsimile: (310) 510-6429
jamie@crosnerlegal.com
nikki@crosnerlegal.com
zach@crosnerlegal.com

*Attorneys for Plaintiff*

**JACKSON LEWIS, P.C.**

/s/ *Adam G. Cuff*
Adam G. Cuff (WSBA No. 26439)
adam.cuff@jacksonlewis.com
Telephone: (206) 626-6429
Richard H. Kim (WSBA No. 57290)
ricky.kim@jacksonlewis.com
Telephone: (206) 626-6411
520 Pike Street, Ste. 2300
Seattle, WA 98101

*Attorneys for Defendant*

**[~~PROPOSED~~] ORDER**

This matter comes before the Court on the Parties' Stipulation to Withdraw Motion for Conditional Certification, Toll Statute of Limitations of FLSA Claims of Plaintiff's Putative Collective, and Postpone Certain Deadlines (the "Stipulation"). The Court, having reviewed the Stipulation and the records and files herein, and good cause appearing, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1. Plaintiff Marguerite Chase's ("Plaintiff") Motion for Conditional Certification of a Collective Action and Court-Authorized Notice Pursuant to 29 U.S.C. § 216(b) (ECF No. 12) (the "Conditional Certification Motion") is deemed **WITHDRAWN**.
2. The statute of limitations applicable to the FLSA claims of individuals who fall within the putative collective definition identified in Plaintiff's Conditional Certification Motion shall be **TOLLED**.
3. The tolling period shall begin on October 29, 2026. The tolling period shall end the earlier of the date the Court grants final approval of any class action settlement reached in this matter or the date the Court issues a ruling on Plaintiff's Conditional Certification Motion. The limitations period for any such individual shall therefore be extended by the number of days encompassed by that tolling period.
4. Deadlines for the FRCP 26 attorney conference, initial disclosures, joint status report, and answer pleading are postponed until after mediation, to be reset if mediation is unsuccessful.

**IT IS SO ORDERED.**

Dated: October 29, 2026

THE HONORABLE TANA LIN



**CROSNER LEGAL, PC**
92 Lenora Street, Suite #179
Seattle, WA 98121
Telephone: (866) 276-7637
Facsimile: (310) 510-6429

PRESENTED BY:

**CROSNER LEGAL, PC**

/s/ *Nikki Trenner*
Jamie K. Serb (WSBA No. 62065)
Nikki Trenner (WSBA No. 63409)
Zachary Crosner (WSBA No. 61644)
92 Lenora Street, #179
Seattle, WA 98121
Telephone: (866) 276-7637
Facsimile: (310) 510-6429
jamie@crosnerlegal.com
nikki@crosnerlegal.com
zach@crosnerlegal.com

*Attorneys for Plaintiff*

**JACKSON LEWIS, P.C.**

/s/ *Adam G. Cuff*
Adam G. Cuff (WSBA No. 26439)
adam.cuff@jacksonlewis.com
Telephone: (206) 626-6429
Richard H. Kim (WSBA No. 57290)
ricky.kim@jacksonlewis.com
Telephone: (206) 626-6411
520 Pike Street, Ste. 2300
Seattle, WA 98101

*Attorneys for Defendant*